AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1:25-MJ-158 DJS |
| ANGEL SIGCHO CONTENTO | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 23, 2025, in the county of Albany in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of Ecuador, after having been deported or removed from the United States, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, having expressly consented to his reapplication for admission into the United States. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature

Timothy W. Irving, U.S. Homeland Security Investigations
Printed name and title

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: May 26, 2025, 1:41 p.m.

_____
Judge's signature

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
Printed name and title

*Continuation Sheet, United States v. Angel SIGCHO CONTENTO*

On May 23, 2025, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) assisted with a joint New York State traffic initiative in the City of Cohoes, NY.

During the traffic initiative, Angel SIGCHO CONTENTO, a citizen and national of Ecuador, was encountered by ERO Deportation Officer (DO) Willmer Torres. SIGCHO CONTENTO was in possession of a New York State Driver's License. Law enforcement database checks revealed that SIGCHO CONTENTO illegally re-entered the United States. SIGCHO CONTENTO was taken into custody and transported to the ICE Office in Malta, NY.

Upon arrival at the ICE Malta Office, biographical information and fingerprints were entered into Department of Homeland Security databases for the individual. Record checks revealed SIGCHO CONTENTO is a citizen of Ecuador. SIGCHO CONTENTO was first encountered by the United States Border Patrol (USBP) on September 28, 2007, near Naco, AZ, and claimed to be a citizen of Mexico, and was granted Voluntary Return (VR) to Mexico. SIGCHO CONTENTO was returned to Mexico on September 29, 2007, on foot from the Douglas, AZ, Port of Entry. SIGCHO CONTENTO appears to have been encountered by USBP again on September 30, 2007, near Naco, AZ, using the name "Luis JAPON JAPON", however, no further information could be located for the encounter. On October 6, 2007, SIGCHO CONTENTO was again encountered by USBP near Sonoita, AZ, using the name "Luis FERNANDO JAPON". SIGCHO CONTENTO was issued an administrative Expedited Removal (ER) to Ecuador. SIGCHO CONTENTO was removed from the United States to Ecuador on December 7, 2007, from Los Angeles, CA. On July 31, 2013, SIGCHO CONTENTO was encountered by USBP near Laredo, TX, and his prior order of removal was reinstated. SIGCHO CONTENTO was removed from the United States to Ecuador on April 11, 2014, from the Alexandria International Airport in Alexandria, LA. On August 17, 2016, SIGCHO CONTENTO was encountered by USBP near Hildalgo, TX, and his prior order of removal was reinstated. On September 30, 2016, SIGCHO CONTENTO was removed from the United States to Ecuador from the Alexandria International Airport in Alexandria, LA. On May 23, 2025, SIGCHO CONTENTO's prior order of removal was reinstated.

SIGCHO CONTENTO has not received the express permission of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, to reapply for readmission into the United States.